IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                              Case No. 1:16-cr-10018-001

DONNA CHRISTINA HERRING                                                         DEFENDANT

## ORDER

Before the Court is Defendant Donna Christina Herring's Motion for Leave to File Exhibit Under Seal. (ECF No. 170). The Court finds that no response is necessary and that the matter is ripe for consideration.

Defendant states that her Sentencing Memorandum in this case is currently due on November 15, 2018. Defendant states that her Sentencing Memorandum includes as exhibits excerpts from Matthew Jacobs' medical records and records created by the FBI. Defendant states that the medical records contain confidential personal health information and that the FBI records are generally considered confidential. Accordingly, Defendant asks the Court for leave to file these exhibits under seal.

Upon consideration, the Court finds that Defendant's motion (ECF No. 170) should be and hereby is **GRANTED**. Defendant may file under seal the exhibits to her Sentencing Memorandum that are discussed in this Order.

**IT IS SO ORDERED**, this 15th day of November, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge