IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                               Case No. 1:16-cr-10018

DONNA CHRISTINA HERRING;
JOHN WAYNE KINLEY, JR.;
MARION DIANE KINLEY; and
JORDAN ALEXANDRA PETERSON                                                            DEFENDANTS

# ORDER

Before the Court is Defendants' Second Joint Motion for Modification of Conditions of Release. (ECF No. 159). The government has not responded to the motion, and the time to do so has passed. The Court finds the matter ripe for consideration.

Defendants ask the Court to modify the conditions of their pretrial release to permit contact of all Defendants with each other and any other person, without restriction, other than that they refrain from discussion of the instant case pending appearance for sentencing. Defendants state that the current conditions of their pretrial release prohibit any contact between Defendants and any victim or potential witness to this matter, as well as between each other, subject to certain exceptions. Defendants assert that, because of these conditions, they have severely curtailed their contacts with friends and extended family to avoid any inadvertent contact with each other or any potential witnesses, which has worked an undue hardship on Defendants. Defendants also note that the holiday season is approaching, during which social activities normally occur.

Upon consideration, the Court finds that Defendants' motion (ECF No. 159) should be and hereby is **GRANTED IN PART AND DENIED IN PART**. The Court will modify the

conditions of Defendants' pretrial release to allow Defendants to have contact between one another on Thanksgiving, Christmas Eve, and Christmas Day 2018. However, the Court will not modify the remaining conditions of pretrial release as requested. Accordingly, the terms of Defendants' pretrial release conditions,[1] specifically Section (7)(j)(i), are modified as follows:

> (7)(j)(i) All Co-Defendants may have contact with each other, unrelated to the subject investigation or prosecution on Thanksgiving, Christmas Eve, and Christmas Day 2018;

**Defendants are advised that all other conditions of pretrial release remain in full force and effect.**

    **IT IS SO ORDERED**, this 16th day of November, 2018.

                                          /s/ Susan O. Hickey
                                          Susan O. Hickey
                                          United States District Judge

---

[1] *See* ECF Nos. 9, 32, 37, 41.