IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                    Case No. 1:16-cr-10018-001

DONNA HERRING                                                   DEFENDANTS

## ORDER

Before the Court is Defendant Donna Herring's Motion for Approval for Counsel's Overnight Stay. (ECF No. 214). Defendant seeks the Court's approval pursuant to the Criminal Justice Act Plan, Section VII(B)(5) for her counsel to reserve a hotel room in El Dorado, Arkansas for the nights of November 11 and 13, 2019, and to seek reimbursement for the hotel expenses in counsel's CJA voucher. Defendant asserts that it is necessary for her counsel to be in El Dorado on November 11 and 13, 2019, to prepare for sentencing and restitutions hearings set that week.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, Defendant's motion (ECF No. 214) is hereby **GRANTED**. Defendant Herring's counsel may reserve a hotel room in El Dorado for the nights of November 11 and 13, 2019, the nightly cost of which shall not exceed the U.S. General Services Administration's standard lodging rate of $96.00. Counsel may seek reimbursement for her hotel expenses in her CJA voucher to be submitted at the conclusion of this case.

**IT IS SO ORDERED**, this 7th day of November, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge